UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Jean-Marc Zimmerman
Zimmerman & Levi, LLP
226 St. Paul Street
Westfield, New Jersey 07090
Tel:  (908) 654-8000
Fax: (908) 654-7207
jmzimmerman@zlk.com

Jeffrey I. Kaplan
Kaplan, Gilman & Pergament LLP
1480 U.S. Highway 9 North
Suite 204
Woodbridge, New Jersey 07095
Tel: (732) 636-4500
Fax: (732) 636-4550
jkaplan@kgplaw.com

Attorneys for Plaintiff Marlowe Patent Holdings LLC

| | |
|---|---|
| MARLOWE PATENT HOLDINGS LLC,<br><br>Plaintiff,<br><br>v.<br><br>DICE ELECTRONICS, LLC; PACIFIC ACCESSORY CORPORATION; PRECISION INTERFACE ELECTRONICS, INC.; LTI ENTERPRISES, INC. D/B/A/ USA SPEC; and VAIS TECHNOLOGY,<br><br>Defendants. | **Case No. 2:10-cv-01199-PGS-ES**<br><br><br><br>**REPLY TO COUNTERCLAIMS** |

Marlowe Patent Holdings LLC (hereinafter referred to as "Plaintiff"), by its attorneys, Zimmerman & Levi, LLP and Kaplan, Gilman & Pergament, LLP, as and for its Reply to the Counterclaims of defendant LTI Enterprises, Inc. "defendant") replies as follows:

1. Plaintiff admits the allegations contained in paragraph 28 of the Counterclaims.

2. Plaintiff admits the allegations contained in paragraph 29 of the Counterclaims.

3. Plaintiff admits the allegations contained in paragraph 30 of the Counterclaims.

4. Plaintiff denies the allegations contained in paragraph 31 of the Counterclaims.

5. Plaintiff denies the allegations contained in paragraph 32 of the Counterclaims

1

**WHEREFORE**, plaintiffs pray that this Court:

A. Dismiss defendant's Counterclaims with prejudice;

B. Deny defendant all relief prayed for in the Counterclaims;

C. Declare that plaintiff's U.S. Patent No. 7,489,786 ("the '786 patent") is valid and enforceable;

D. Declare that the '786 patent is infringed by the defendant;

E. Enter a final judgment on the Counterclaims, resolving the issues in favor of plaintiff;

F. Direct such other and further relief as the Court may deem just and proper.

By: /s/Jean-Marc Zimmerman

Jean-Marc Zimmerman
Zimmerman & Levi, LLP
226 St. Paul Street
Westfield, New Jersey 07090
Tel: (908) 654-8000
Fax: (908) 654-7207
jmzimmerman@zlk.com

Jeffrey I. Kaplan
Kaplan, Gilman & Pergament LLP
1480 U.S. Highway 9 North
Suite 204
Woodbridge, New Jersey 07095
Tel: (732) 636-4500
Fax: (732) 636-4550
jkaplan@kgplaw.com

Attorneys for Plaintiff Marlowe Patent
    Holdings LLC

Date: April 30, 2010
      Westfield, New Jersey

**CERTIFICATE OF SERVICE**

I, Jean-Marc Zimmerman, hereby certify that on April 30, 2010, I served plaintiff Marlowe Patent Holdings LLC's Reply to defendant LTI Enterprises, Inc.'s Counterclaims on defendants' counsel by delivering the same to Thomas F. McGuane, Esq., McElroy, Deutsch, Mulvaney & Carpenter, LLP, 100 Mulberry Street, Newark, NJ 07102 by e-mail addressed to tmcguane@mdmc-law.com.

/s/Jean-Marc Zimmerman