

William C. Baton

Phone:  (973) 286-6722

Fax:  (973) 286-6822

WBaton@saul.com

www.saul.com

May 17, 2010

**VIA ECF AND FEDEX**

The Honorable Esther Salas, U.S.M.J.
United States District Court
District of New Jersey
M.L. King, Jr. Federal Building
 & Courthouse
50 Walnut Street
Newark, New Jersey  07102

      Re:    *Marlowe Patent Holdings LLC v. DICE Electronics, LLC, et al.*
              Civil Action No. 10-1199 (PGS)(ES)

Dear Judge Salas:

      This firm represents Defendant DICE Electronics, LLC, ("DICE") in the above-captioned matter.  Enclosed is a Stipulation to which Plaintiff and DICE have agreed, which, subject to Your Honor's approval, would extend DICE's time to answer or otherwise move to May 28, 2010.  If the enclosed Stipulation meets with Your Honor's approval, we respectfully request that it be endorsed and entered on the docket.

                                    Respectfully yours,

                                      *William C. Baton*

                                    William C. Baton

Encl.

cc: All Counsel (via ECF)

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800
Stephen B. Genzer - Newark Managing Partner

DELAWARE   MARYLAND   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

Charles M. Lizza
William C. Baton
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey 07102-5426
(973) 286-6700
clizza@saul.com
wbaton@saul.com

*Attorneys for Defendant*
*DICE Electronics, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARLOWE PATENT HOLDINGS LLC,<br><br>**Plaintiff,**<br><br>v.<br><br>DICE ELECTRONICS, LLC, PACIFIC ACCESSORY CORPORATION, PRECISION INTERFACE ELECTRONICS, INC. LTI ENTERPRISES, INC. D/B/A/ USA SPEC, and VAIS TECHNOLOGY,<br><br>**Defendants.** | Civil Action No. 10-1199 (PGS)(ES)<br><br>Hon. Peter G. Sheridan, U.S.D.J.<br>Hon. Esther Salas, U.S.M.J.<br><br>**STIPULATION OF EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>*(Filed Electronically)* |

It is hereby stipulated and agreed between Kaplan Gilman & Pergament LLP and Zimmerman & Levi, LLP, attorneys for Plaintiff Marlowe Patent Holdings LLC ("MPH"), and Saul Ewing LLP, attorneys for Defendant DICE Electronics, LLC ("DICE"), that the time for defendant DICE to answer or otherwise move is extended to and including May 28, 2010.

By: /s/ William C. Baton
Charles M. Lizza, Esq.
William C. Baton, Esq.
SAUL EWING LLP
*Attorneys for Defendant*
*DICE Electronics, LLC*

By: /s/ Jeffrey I. Kaplan
Jeffrey I. Kaplan, Esq.
KAPLAN GILMAN & PERGAMENT LLP
-and-
Jean-Marc Zimmerman, Esq.
ZIMMERMAN & LEVI, LLP
*Attorneys for Plaintiff*
*Marlowe Patent Holdings LLC*

-2-

**SO ORDERED:**

_____
HON. ESTHER SALAS, U.S.M.J.