

William C. Baton
Phone: (973) 286-6722
Fax: (973) 286-6822
WBaton@saul.com
www.saul.com

May 25, 2010

**VIA ECF AND FEDEX**

The Honorable Esther Salas, U.S.M.J.
United States District Court
District of New Jersey
M.L. King, Jr. Federal Building
 & Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: *Marlowe Patent Holdings LLC v. DICE Electronics, LLC, et al.*
Civil Action No. 10-1199 (PGS)(ES)

Dear Judge Salas:

This firm represents Defendant DICE Electronics, LLC, ("DICE") in the above-captioned matter. Per Your Honor's instruction during today's telephone conference, we write to confirm that DICE's time to answer or otherwise move has been extended to June 11, 2010. For the Court's convenience, we have provided a form of endorsement below.

Respectfully yours,

*William C. Baton*

William C. Baton

cc: All Counsel (via ECF)

**SO ORDERED:**

*Esther Salas*
HON. ESTHER SALAS U.S.M.J.    5/26/10

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800
Stephen B. Genzer - Newark Managing Partner

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP