UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Jean-Marc Zimmerman
Zimmerman & Levi, LLP
226 St. Paul Street
Westfield, New Jersey 07090
Tel:  (908) 654-8000
Fax: (908) 654-7207
jmzimmerman@zlk.com

Jeffrey I. Kaplan
Kaplan, Gilman & Pergament LLP
1480 U.S. Highway 9 North
Suite 204
Woodbridge, New Jersey 07095
Tel: (732) 636-4500
Fax: (732) 636-4550
jkaplan@kgplaw.com

Attorneys for Plaintiff Marlowe Patent Holdings LLC

| | |
|---|---|
| MARLOWE PATENT HOLDINGS LLC,<br><br>Plaintiff,<br><br>v.<br><br>DICE ELECTRONICS, LLC; AAMP OF FLORIDA D/B/A AAMP OF AMERICA, INC.; PRECISION INTERFACE ELECTRONICS, INC.; LTI ENTERPRISES, INC. D/B/A/ USA SPEC; and VAIS TECHNOLOGY,<br><br>Defendants. | Case No. 2:10-cv-01199-PGS-ES<br><br>**SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Marlowe Patent Holdings LLC (hereinafter referred to as "Plaintiff" or "MPH") demands a jury trial and complains against the defendant as follows:

## THE PARTIES

1. Marlowe is a limited liability company organized and existing under the laws of the State of New Jersey, having a place of business at 33 Honeck Street, Englewood, New Jersey 07631.

2. Upon information and belief, DICE Electronics, LLC (hereinafter referred to as "DICE") is a limited liability company organized and existing under the laws of the State of Nevada, conducting business in this district.

3. Upon information and belief, AAMP of Florida, Inc. d/b/a AAMP of America, Inc. and d/b/a Pacific Accessory Corporation (hereinafter referred to as "AAMP") is a corporation organized and existing under the laws of the State of Florida, conducting business in this district.

4. Upon information and belief, Precision Interface Electronics, Inc. (hereinafter referred to as "PIE") is a corporation organized and existing under the laws of the State of California, conducting business in this district.

5. Upon information and belief, LTI Enterprises, Inc. d/b/a USA SPEC (hereinafter referred to as "USA SPEC") is a company organized and existing under the laws of the State of California, conducting business in this district.

6. Upon information and belief, VAIS Technology (hereinafter referred to as "VAIS") is a company organized and existing under the laws of the State of Colorado, conducting business in this district.  DICE, AAMP, PIE, USA SPEC and VAIS will hereinafter sometimes be collectively referred to as "Defendants".

## JURISDICTION AND VENUE

7. This action arises under the patent laws of the United States of America, Title 35 of the United States Code.  This Court has jurisdiction of this action under 28 U.S.C. §§ 1331 and 1338(a).

8. Upon information and belief, each of the Defendants are doing business and committing infringements in this judicial district and each are subject to personal jurisdiction in this judicial district.

9. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400(b).

## THE PATENT

10. Plaintiff MPH repeats and incorporates herein the entirety of the allegations contained in paragraphs 1 through 9 above.

11. On February 10, 2009, U.S. Patent No. 7,489,786 (hereinafter referred to as "the '786 patent") was duly and legally issued to Ira Marlowe ("Marlowe") for an invention entitled

"Audio Device Integration System". On March 4, 2010, Marlowe assigned all rights in and to the '786 patent to MPH. The '786 patent pertains to an audio device integration system that enables after-market audio products such as a CD player, a CD changer, an MP3 player, a satellite receiver, a digital audio broadcast receiver, and other auxiliary sources, to be connected to, operate with, and be controlled from, an existing stereo system in an automobile. A copy of the '786 patent is attached hereto as Exhibit 1.

## CLAIM FOR PATENT INFRINGEMENT

## COUNT ONE

12. Plaintiff MPH repeats and incorporates herein the entirety of the allegations contained in paragraphs 1 through 11 above.

13. Defendant DICE has and still is directly infringing the '786 patent by, among other things, selling and offering for sale in this judicial district interfaces that enable auxiliary audio devices to be integrated with an existing automobile stereo system in a manner defined by the claims of the '786 patent without permission from MPH. For example, DICE is selling and offering for sale in this judicial district its I-Honda-R4/5V Silverline/PRO iPod and auxiliary audio input interface.

14. Defendant AAMP has and still is directly infringing the '786 patent by, among other things, selling and offering for sale in this judicial district interfaces that enable auxiliary audio devices to be integrated with an existing automobile stereo system in a manner defined by the claims of the '786 patent without permission from MPH. For example, AAMP is selling and offering for sale in this judicial district its uPAC-TOY1, PXAMG, and GW16AC1 iPod/iPhone and auxiliary audio input interfaces.

15. Defendant PIE has and still is directly infringing the '786 patent by, among other things, selling and offering for sale in this judicial district interfaces that enable auxiliary audio devices to be integrated with an existing automobile stereo system in a manner defined by the

claims of the '786 patent without permission from MPH. For example, PIE is selling and offering for sale in this judicial district its FRD04-POD/s iPod interface.

16. Defendant USA SPEC has and still is directly infringing the '786 patent by, among other things, selling and offering for sale in this judicial district interfaces that enable auxiliary audio devices to be integrated with an existing automobile stereo system in a manner defined by the claims of the '786 patent without permission from MPH. For example, USA SPEC is selling and offering for sale in this judicial district its PA15-INFI iPod and auxiliary audio input interface.

17. Defendant VAIS has and still is directly infringing the '786 patent by, among other things, selling and offering for sale in this judicial district interfaces that enable auxiliary audio devices to be integrated with an existing automobile stereo system in a manner defined by the claims of the '786 patent without permission from MPH. For example, VAIS is selling and offering for sale in this judicial district its SoundLinQ2 (SL2V) iPod video and auxiliary audio input interface.

18. MPH alleges that each of the Defendants' accused interface devices infringe claim 57 of the '786 patent. MPH believes that discovery will reveal that Defendants are infringing additional claims of the '786 patent.

19. Plaintiff has been damaged by each of the Defendants' infringement of the '786 patent and will be irreparably harmed unless such infringing activities are enjoined by this Court.

**PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff MPH prays for judgment against each one of the Defendants on all the counts and for the following relief:

A. Declaration that the '786 patent is valid and enforceable;

B. Declaration that each of the Defendants has infringed the '786 patent;

C. A preliminary and permanent injunction against each of the Defendants, each of their officers, agents, servants, employees, and attorneys, all parent and subsidiary corporations, their assigns and successors in interest, and those persons acting in active concert or participation with

them, including distributors and customers, enjoining them from continuing acts of infringement of the '786 patent;

    D.    An accounting for damages under 35 U.S.C. §284 from each of the Defendants for their respective infringement of the '786 patent, and the award of damages ascertained against each one of the Defendants in favor of Plaintiff MPH, together with interest as provided by law;

    E.    Award of the Plaintiff's costs and expenses; and

    F.    Such other and further relief as this Court may deem proper, just and equitable.

## DEMAND FOR JURY TRIAL

Plaintiff MPH demands a trial by jury of all issues properly triable by jury in this action.

By: /s/Jean-Marc Zimmerman
Jean-Marc Zimmerman
Zimmerman & Levi, LLP
226 St. Paul Street
Westfield, NJ 07090
Tel: (908) 654-8000
Fax: (908) 654-7207
jmzimmerman@zlk.com

Jeffrey I. Kaplan
Kaplan, Gilman & Pergament LLP
1480 U.S. Highway 9 North
Suite 204
Woodbridge, New Jersey 07095
Tel: (732) 636-4500
Fax: (732) 636-4550
jkaplan@kgplaw.com

Attorneys for Plaintiff Marlowe
  Patent Holdings LLC

Dated: June 8, 2010
       Westfield, NJ