

William C. Baton<br>
Phone: (973) 286-6722<br>
Fax: (973) 286-6822<br>
WBaton@saul.com<br>
www.saul.com

January 21, 2011

**VIA ECF**

Hon. William T. Walsh, Clerk of Court
United States District Court
Martin Luther King, Jr. Federal Bldg.
 & U.S. Courthouse
50 Walnut Street
Newark, New Jersey  07102

   Re: *Marlowe Patent Holdings LLC v. DICE Electronics, LLC, et al.*
     Civil Action No. 10-1199 (PGS)(ES)

Dear Mr. Walsh:

 Pursuant to Local Civil Rule 7.1(d)(5), Defendant DICE Electronics, LLC hereby extends its time to file opposition papers to Plaintiff's Motion to Dismiss (D.I. 99).  The new return date for the motion is February 22, 2011.

 Thank you for your attention to this matter.

               Respectfully yours,

                s/ William C. Baton
                 William C. Baton

cc: All Counsel of Record (via ECF)

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800
Stephen B. Genzer - Newark Managing Partner

DELAWARE  MARYLAND  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP